[No. 15769-1-II.   Division Two.   August 5, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
JOHAN BOOI, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 91-1-00614-5, Milton R. Cox, J., entered February 13, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 17468-5-II.   Division Two.   August 5, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HERACLIO
CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 93-1-00143-1, David R. Draper, J., entered July 16, 1993. *Affirmed in part, vacated in part,* and *remanded* by unpublished per curiam opinion.

[No. 15581-8-II.   Division Two.   August 5, 1994.]

OTTIS HOLWEGNER TRUCKING, *Plaintiff*, v. DON MOSER,
ET AL, *Respondents*, TODD MARCUS PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 88-2-00084-2, Ted Kolbaba, J., entered November 14, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 33202-3-I.   Division One.   August 8, 1994.]

DAVID SAGER, ET AL, *Respondents*, v. KING-EDEN
PARTNERSHIP, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-24469-1, Marilyn R. Sellers, J., entered June 1, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, C.J., and Coleman, J.